388 P.3d 51

**STATE of Hawai'i, Plaintiff–Appellee,**

v.

**Mitchell A. BURGE, Defendant–Appellant**

**NO. CAAP–15–0000645**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
October 25, 2016.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CR. NO. 14–1–0423)

## SUMMARY DISPOSITION ORDER

Affirmed.

388 P.3d 51

**STATE of Hawai'i, Plaintiff–Appellee,**

v.

**Contangent EZRA, Defendant–Appellant**

**NO. CAAP–15–0000868**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
October 27, 2016.

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT (Honolulu Division) (CASE NO. 1DCW–15–0002529)

## SUMMARY DISPOSITION ORDER

Vacate. Remand.

388 P.3d 51

**STATE of Hawai'i, Plaintiff–appellee,**

v.

**Anthony REZENTES, Defendant–appellant**

**NO. CAAP–15–0000294**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
October 28, 2016.

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT 'EWA DIVISION (CASE NO. IDTC–14–055712)

## SUMMARY DISPOSITION ORDER

Reversed.